Welcome, TIFFANY WILLIAMS. Today is Wednesday, May 29, 2019.                                        Tutorial  |  Help  |  Logout

Back to **Welcome**

**Pay Stub**

**Associate:** TIFFANY WILLIAMS

**Enterprise User ID:** TW36884

**Manage Your Information**



About My Personal Profile

Address/Texting Change

Direct Deposit Change

Emergency Contact Change

Pay Stub

Preferred Language/Idioma Preferido

Total Rewards Statement

W-4 Change

**\*\*A HIGHLY SATISFIED CUSTOMER MADE THIS PAYCHECK POSSIBLE\*\***

Select the pay stub you want to see and click "View".

| | |
|---|---|
| **Pay Period End & Gross Pay:** | 05/30/2019 - 401.06   [Print From Home] |
| **Check/Statement#:** | 05302019-912458561 |
| **Pay Period:** | 05/19/2019 - 05/25/2019 |
| **Pay Date:** | 05/30/2019 |
| **Federal Withholding Filing Status:** | Single |
| **Federal Withholding Allowances:** | 4 |
| **Federal Additional Withholding:** | 0.00 |
| **State Withholding Filing Status:** | SINGLE |
| **State Withholding Allowances:** | 4 |
| **State Additional Withholding:** | 0.00 |

**Company & EIN**

| | | | | |
|---|---|---|---|---|
| The Kroger Co. | 1014 Vine Street | Cincinnati, Ohio | 45202 | 310345740 |

**Earnings**

| Type | Rate | Hours | Earnings ($) | YTD($) |
|---|---|---|---|---|
| HOLIDAY PAY | 0.0000 | 0.0000 | 0.00 | 82.00 |
| LEGAL FUND | 0.0000 | 0.0000 | 8.00 | 16.00 |
| LEGAL HOLIDAY | 0.0000 | 0.0000 | 0.00 | 82.00 |

| | | | | |
|---|---|---|---|---|
| NIGHT PREM | 1.0000 | 1.0000 | 1.00 | 48.25 |
| OVERTIME EARN | 0.0000 | 0.0000 | 0.00 | 154.07 |
| PERSNL HOLIDAY | 0.0000 | 0.0000 | 0.00 | 246.00 |
| REGULAR EARNING | 10.2500 | 29.2500 | 299.81 | 7,118.63 |
| SUNDAY PAY | 10.2500 | 9.0000 | 92.25 | 866.13 |
| VACATION PAY | 0.0000 | 0.0000 | 0.00 | 410.00 |
| GROSS | 0.0000 | 0.0000 | 401.06 | 9,023.08 |
| NET | 0.0000 | 0.0000 | 342.15 | 7,631.52 |

**Taxes**

| Type | Current ($) | YTD($) |
|---|---|---|
| FEDERAL TAX | 0.00 | 15.71 |
| GEORGIA | 1.88 | 43.07 |
| MEDICARE TAX | 5.70 | 128.40 |
| SOCIAL SEC TAX | 24.36 | 549.01 |

**Other Deductions**

| Type | Current ($) | YTD($) |
|---|---|---|
| ACH CHKG 1 | 100.00 | 2,200.00 |
| ACH NET CHKG | 54.15 | 1,303.26 |
| ACH SVGS 2 | 188.00 | 4,128.26 |
| LEGAL FUND D | 8.00 | 16.00 |
| UNION DUES 1 | 9.97 | 217.92 |
| UNITED WAY | 1.00 | 22.00 |
| 401K PLAN | 0.00 | 231.45 |
| HEALTH COPAY | 8.00 | 168.00 |

**Deposit Advice Only**

| Type | | | Current | YTD |
|---|---|---|---|---|
| NIGHT PREM | 1.0000 | 1.0000 | 1.00 | 48.25 |
| OVERTIME EARN | 0.0000 | 0.0000 | 0.00 | 154.07 |
| PERSNL HOLIDAY | 0.0000 | 0.0000 | 0.00 | 246.00 |
| REGULAR EARNING | 10.2500 | 29.2500 | 299.81 | 7,118.63 |
| SUNDAY PAY | 10.2500 | 9.0000 | 92.25 | 866.13 |
| VACATION PAY | 0.0000 | 0.0000 | 0.00 | 410.00 |
| GROSS | 0.0000 | 0.0000 | 401.06 | 9,023.08 |
| NET | 0.0000 | 0.0000 | 342.15 | 7,631.52 |

**Taxes**

| Type | Current ($) | YTD($) |
|---|---|---|
| FEDERAL TAX | 0.00 | 15.71 |
| GEORGIA | 1.88 | 43.07 |
| MEDICARE TAX | 5.70 | 128.40 |
| SOCIAL SEC TAX | 24.36 | 549.01 |

**Other Deductions**

| Type | Current ($) | YTD($) |
|---|---|---|
| ACH CHKG 1 | 100.00 | 2,200.00 |
| ACH NET CHKG | 54.15 | 1,303.26 |
| ACH SVGS 2 | 188.00 | 4,128.26 |
| LEGAL FUND D | 8.00 | 16.00 |
| UNION DUES 1 | 9.97 | 217.92 |
| UNITED WAY | 1.00 | 22.00 |
| 401K PLAN | 0.00 | 231.45 |
| HEALTH COPAY | 8.00 | 168.00 |

**Deposit Advice Only**

| Financial Institution | Account # | Amount |
|---|---|---|
| ASSOCIATED CU | XXXXXXXXXX4451 | $ 188.00 |
| WACHOVIA BANK NA | XXXXXX4003 | $ 100.00 |
| ASSOCIATED CU | XXXXXXXXXX4515 | $ 54.15 |

© Workscape, Inc. 2004



Welcome, TIFFANY WILLIAMS. Today is Wednesday, May 29, 2019.    Tutorial | Help | Logout

Back to **Welcome**

# Pay Stub
**Associate: TIFFANY WILLIAMS**
**Enterprise User ID: TW36884**

### Manage Your Information

About My Personal Profile

Address/Texting Change

Direct Deposit Change

Emergency Contact Change

Pay Stub

Preferred Language/Idioma Preferido

Total Rewards Statement

W-4 Change



**\*\*A HIGHLY SATISFIED CUSTOMER MADE THIS PAYCHECK POSSIBLE\*\***

Select the pay stub you want to see and click "View".

**Pay Period End & Gross Pay:**   05/23/2019 - 408.94    Print From Home

| | |
|---|---|
| Check/Statement#: | 05232019-912414432 |
| Pay Period: | 05/12/2019 - 05/18/2019 |
| Pay Date: | 05/23/2019 |
| Federal Withholding Filing Status: | Single |
| Federal Withholding Allowances: | 4 |
| Federal Additional Withholding: | 0.00 |
| State Withholding Filing Status: | SINGLE |
| State Withholding Allowances: | 4 |
| State Additional Withholding: | 0.00 |

**Company & EIN**

| | | | | |
|---|---|---|---|---|
| The Kroger Co. | 1014 Vine Street | Cincinnati, Ohio | 45202 | 310345740 |

**Earnings**

| Type | Rate | Hours | Earnings ($) | YTD($) |
|---|---|---|---|---|
| HOLIDAY PAY | 0.0000 | 0.0000 | 0.00 | 82.00 |
| LEGAL FUND | 0.0000 | 0.0000 | 0.00 | 8.00 |
| LEGAL HOLIDAY | 0.0000 | 0.0000 | 0.00 | 82.00 |

| | | | | |
|---|---:|---:|---:|---:|
| NIGHT PREM | 1.0000 | 1.5000 | 1.50 | 47.25 |
| OVERTIME EARN | 0.0000 | 0.0000 | 0.00 | 154.07 |
| PERSNL HOLIDAY | 0.0000 | 0.0000 | 0.00 | 246.00 |
| REGULAR EARNING | 10.2500 | 35.7500 | 366.44 | 6,818.82 |
| SUNDAY PAY | 10.2500 | 4.0000 | 41.00 | 773.88 |
| VACATION PAY | 0.0000 | 0.0000 | 0.00 | 410.00 |
| GROSS | 0.0000 | 0.0000 | 408.94 | 8,622.02 |
| NET | 0.0000 | 0.0000 | 356.63 | 7,289.37 |

**Taxes**

| Type | Current ($) | YTD($) |
|---|---:|---:|
| FEDERAL TAX | 0.47 | 15.71 |
| GEORGIA | 2.20 | 41.19 |
| MEDICARE TAX | 5.81 | 122.70 |
| SOCIAL SEC TAX | 24.86 | 524.65 |

**Other Deductions**

| Type | Current ($) | YTD($) |
|---|---:|---:|
| ACH CHKG 1 | 100.00 | 2,100.00 |
| ACH NET CHKG | 68.63 | 1,249.11 |
| ACH SVGS 2 | 188.00 | 3,940.26 |
| LEGAL FUND D | 0.00 | 8.00 |
| UNION DUES 1 | 9.97 | 207.95 |
| UNITED WAY | 1.00 | 21.00 |
| 401K PLAN | 0.00 | 231.45 |
| HEALTH COPAY | 8.00 | 160.00 |

**Deposit Advice Only**

| | | | | |
|---|---|---|---|---|
| NIGHT PREM | 1.0000 | 1.5000 | 1.50 | 47.25 |
| OVERTIME EARN | 0.0000 | 0.0000 | 0.00 | 154.07 |
| PERSNL HOLIDAY | 0.0000 | 0.0000 | 0.00 | 246.00 |
| REGULAR EARNING | 10.2500 | 35.7500 | 366.44 | 6,818.82 |
| SUNDAY PAY | 10.2500 | 4.0000 | 41.00 | 773.88 |
| VACATION PAY | 0.0000 | 0.0000 | 0.00 | 410.00 |
| GROSS | 0.0000 | 0.0000 | 408.94 | 8,622.02 |
| NET | 0.0000 | 0.0000 | 356.63 | 7,289.37 |

**Taxes**

| Type | Current ($) | YTD($) |
|---|---|---|
| FEDERAL TAX | 0.47 | 15.71 |
| GEORGIA | 2.20 | 41.19 |
| MEDICARE TAX | 5.81 | 122.70 |
| SOCIAL SEC TAX | 24.86 | 524.65 |

**Other Deductions**

| Type | Current ($) | YTD($) |
|---|---|---|
| ACH CHKG 1 | 100.00 | 2,100.00 |
| ACH NET CHKG | 68.63 | 1,249.11 |
| ACH SVGS 2 | 188.00 | 3,940.26 |
| LEGAL FUND D | 0.00 | 8.00 |
| UNION DUES 1 | 9.97 | 207.95 |
| UNITED WAY | 1.00 | 21.00 |
| 401K PLAN | 0.00 | 231.45 |
| HEALTH COPAY | 8.00 | 160.00 |

**Deposit Advice Only**

| Financial Institution | Account # | Amount |
|---|---|---|
| ASSOCIATED CU | XXXXXXXXXX4451 | $ 188.00 |
| WACHOVIA BANK NA | XXXXXX4003 | $ 100.00 |
| ASSOCIATED CU | XXXXXXXXXX4515 | $ 68.63 |

© Workscape, Inc. 2004


powered by workscape

Welcome, TIFFANY WILLIAMS. Today is Wednesday, May 29, 2019.

Tutorial | Help | Logout

Back to **Welcome**

# Pay Stub

**Associate: TIFFANY WILLIAMS**
**Enterprise User ID: TW36884**

**Manage Your Information**

About My Personal Profile

Address/Texting Change

Direct Deposit Change

Emergency Contact Change

Pay Stub

Preferred Language/Idioma Preferido

Total Rewards Statement

W-4 Change



**\*\*A HIGHLY SATISFIED CUSTOMER MADE THIS PAYCHECK POSSIBLE\*\***

Select the pay stub you want to see and click "View".

**Pay Period End & Gross Pay:** 05/16/2019 - 323.38

Print From Home

| | |
|---|---|
| Check/Statement#: | 05162019-912371166 |
| Pay Period: | 05/05/2019 - 05/11/2019 |
| Pay Date: | 05/16/2019 |
| Federal Withholding Filing Status: | Single |
| Federal Withholding Allowances: | 4 |
| Federal Additional Withholding: | 0.00 |
| State Withholding Filing Status: | SINGLE |
| State Withholding Allowances: | 4 |
| State Additional Withholding: | 0.00 |

**Company & EIN**

| | | | | |
|---|---|---|---|---|
| The Kroger Co. | 1014 Vine Street | Cincinnati, Ohio | 45202 | 310345740 |

**Earnings**

| Type | Rate | Hours | Earnings ($) | YTD($) |
|---|---|---|---|---|
| HOLIDAY PAY | 0.0000 | 0.0000 | 0.00 | 82.00 |
| LEGAL FUND | 0.0000 | 0.0000 | 0.00 | 8.00 |
| LEGAL HOLIDAY | 0.0000 | 0.0000 | 0.00 | 82.00 |

| | | | | |
|---|---|---|---|---|
| NIGHT PREM | 1.0000 | 0.5000 | 0.50 | 45.75 |
| OVERTIME EARN | 0.0000 | 0.0000 | 0.00 | 154.07 |
| PERSNL HOLIDAY | 0.0000 | 0.0000 | 0.00 | 246.00 |
| REGULAR EARNING | 10.2500 | 31.5000 | 322.88 | 6,452.38 |
| SUNDAY PAY | 0.0000 | 0.0000 | 0.00 | 732.88 |
| VACATION PAY | 0.0000 | 0.0000 | 0.00 | 410.00 |
| GROSS | 0.0000 | 0.0000 | 323.38 | 8,213.08 |
| NET | 0.0000 | 0.0000 | 280.26 | 6,932.74 |

**Taxes**

| Type | Current ($) | YTD($) |
|---|---|---|
| FEDERAL TAX | 0.00 | 15.24 |
| GEORGIA | 0.01 | 38.99 |
| MEDICARE TAX | 4.58 | 116.89 |
| SOCIAL SEC TAX | 19.56 | 499.79 |

**Other Deductions**

| Type | Current ($) | YTD($) |
|---|---|---|
| ACH CHKG 1 | 100.00 | 2,000.00 |
| ACH NET CHKG | 0.00 | 1,180.48 |
| ACH SVGS 2 | 180.26 | 3,752.26 |
| LEGAL FUND D | 0.00 | 8.00 |
| UNION DUES 1 | 9.97 | 197.98 |
| UNITED WAY | 1.00 | 20.00 |
| 401K PLAN | 0.00 | 231.45 |
| HEALTH COPAY | 8.00 | 152.00 |

**Deposit Advice Only**

|  |  |  |  |  |
|---|---|---|---|---|
| NIGHT PREM | 1.0000 | 0.5000 | 0.50 | 45.75 |
| OVERTIME EARN | 0.0000 | 0.0000 | 0.00 | 154.07 |
| PERSNL HOLIDAY | 0.0000 | 0.0000 | 0.00 | 246.00 |
| REGULAR EARNING | 10.2500 | 31.5000 | 322.88 | 6,452.38 |
| SUNDAY PAY | 0.0000 | 0.0000 | 0.00 | 732.88 |
| VACATION PAY | 0.0000 | 0.0000 | 0.00 | 410.00 |
| GROSS | 0.0000 | 0.0000 | 323.38 | 8,213.08 |
| NET | 0.0000 | 0.0000 | 280.26 | 6,932.74 |

**Taxes**

| Type | Current ($) | YTD($) |
|---|---|---|
| FEDERAL TAX | 0.00 | 15.24 |
| GEORGIA | 0.01 | 38.99 |
| MEDICARE TAX | 4.58 | 116.89 |
| SOCIAL SEC TAX | 19.56 | 499.79 |

**Other Deductions**

| Type | Current ($) | YTD($) |
|---|---|---|
| ACH CHKG 1 | 100.00 | 2,000.00 |
| ACH NET CHKG | 0.00 | 1,180.48 |
| ACH SVGS 2 | 180.26 | 3,752.26 |
| LEGAL FUND D | 0.00 | 8.00 |
| UNION DUES 1 | 9.97 | 197.98 |
| UNITED WAY | 1.00 | 20.00 |
| 401K PLAN | 0.00 | 231.45 |
| HEALTH COPAY | 8.00 | 152.00 |

**Deposit Advice Only**

| Financial Institution | Account # | Amount |
|---|---|---|
| WACHOVIA BANK NA | XXXXXX4003 | $ 100.00 |
| ASSOCIATED CU | XXXXXXXXXX4451 | $ 180.26 |

© Workscape, Inc. 2004

